UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| RODNEY JEROME MILES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV622-077 |
| | ) | |
| BALDWIN STATE PRISON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

*Pro se* plaintiff Rodney Jerome Miles, a prisoner at Baldwin State Prison, has filed this 42 U.S.C. § 1983 case alleging that he has been subjected to various unconstitutional conditions at Baldwin State Prison and Johnson State Prison. *See generally* doc. 1. The Court granted him leave to proceed *in forma pauperis*, doc. 4, and he has returned the required forms, docs. 5 & 6. The Court might proceed to screen Miles' Complaint pursuant to 28 U.S.C. § 1915A. However, since it is clear that this Court is not the proper venue for his claims, this case will be transferred.

Miles' allegations are not entirely clear. He alleges that he was subjected to unspecified sexual harassment at Johnson State Prison.

1

Doc. 1 at 1. It is not clear whether the remaining allegations occurred at Johnson State Prison or Baldwin State Prison. He alleges that an individual, whose role is not clear, made sexually explicit statements about him to another inmate. *Id.* He alleges that another unidentified inmate threatened him with a knife after a dispute about the shower. *Id.* He alleges, in unedited form, "that cause of that him another Inmate name frank on 10.13.22 stab [Miles] close to heart . . . ." *Id.* He alleges that he was taken to the hospital and, apparently, treated. *Id.* at 1-2. When he returned to the prison, the inmates who assaulted him were allowed to "walk around passing out trays to [his] dorm," which he contends violates the Fourteenth Amendment. *Id.* at 2. He alleges that an unidentified "deputy warden" encouraged other inmates to threaten or attack him. *Id.* Finally, he alleges that he has been "refused" unspecified "mental health treatment," and someone "slander[ed his] character by telling everybody [he] was gay . . . ." *Id.* There is no relief requested in Miles' pleading. *See generally id.*

Miles is currently incarcerated at Baldwin State Prison located in Hardwick, Georgia. *See* doc. 1 at 3; *see also* doc. 7 at 1.[1] Baldwin County, where Hardwick lies, is in the Middle District of Georgia. *See* 28 U.S.C. § 90(b)(2). Johnson State Prison, where Miles alleges he was previously incarcerated, is located in Wrightsville, in Johnson County, which lies in this Court's Dublin Division. *See* 28 U.S.C. § 90(c)(2).

The Court's Local Rules require that cases involving defendants residing in multiple divisions "be brought in the division in which a substantial part of the events or omissions giving rise to the claim occurred." S.D. Ga. L. Civ. R. 2.1(b). Given that the only implicated institution within this District lies in the Dublin Division, and the other is located outside of this District, that division seems the most appropriate. Accordingly, the Clerk is **DIRECTED** to **TRANSFER** this case to the Dublin Division for all further proceedings.

**SO ORDERED,** this 29th day of December, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Miles' most recent filing is captioned for a case in the United States District Court for the Northern District of Georgia. *See* doc. 7 at 1 (listing case number 1:22-cv-3805). That case was dismissed on October 26, 2022. *See Miles v. C/O Anthony*, 1:22-cv-3805, doc. 5 (N.D. Ga. Oct. 26, 2022).